## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the

unpaid amount of $ _5,000.00_ (_Retiree Life Insurance_)

(check one box only)

[ ✓ ] ACCEPTS THE PLAN         [   ]   REJECTS THE PLAN

Dated: May ____, 2004

Print or type name of creditor: _Carl Copley Jr._

Signature: _Carl Copley Jr._

Title (if an entity): _____

Address: _1633 South Beltline Blvd._
_Columbia, S.C. 29205_

**RETURN THIS BALLOT, ON
OR BEFORE MAY 24, 2004 TO:**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN, N.W.
P.O. BOX 3310
GRAND RAPIDS, MICHIGAN 49501**