LATE Filing - JRH,

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $_____

(check one box only)

[ X ] ACCEPTS THE PLAN          [   ]  REJECTS THE PLAN

Dated: May 24__, 2004

Print or type name of creditor:___Stella Ladner_____

Signature: _Jenette Bowheris_____

Title (if an entity): __Guardian and Conservator_____

Address: __521 Joy Street_____

__Howard City, MI  49329_____

**RETURN THIS BALLOT, ON
OR BEFORE MAY 24, 2004 TO:**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN, N.W.
P.O. BOX 3310
GRAND RAPIDS, MICHIGAN 49501